UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
HOLLY BRANDON, individually and on )
behalf of J.V., her minor child, )
)
    Plaintiffs, )
) Civil Action No.
    v. ) 17-12354-FDS
)
GLAXOSMITHKLINE LLC, )
)
    Defendant. )
_____)

## ORDER OF DISMISSAL

**SAYLOR, J.**

On July 26, 2018, this Court ordered plaintiffs to show cause in writing on or before August 16, 2018, why this case should not be dismissed for failure to comply with discovery orders. Because plaintiffs failed to show cause within that deadline, this action is hereby DISMISSED without prejudice pursuant to Rule 37(b)(2)(A)(v).

**So Ordered.**

Dated: August 17, 2018

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge